| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 97-00012-002-J |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 06-pt 334 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Leon Massey | DISTRICT Western District Of Pennsylvania | DIVISION United States Probation Office - Johnstown |
| | NAME OF SENTENCING JUDGE D. Brooks Smith | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM November 1, 2004 / TO October 31, 2008 |

OFFENSE

21 U.S.C. § 846 Conspiracy to Distribute and Possession With Intent to Distribute in Excess of 5 Grams of Cocaine Base, Schedule II Narcotic Drug

**FILED**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

FEB 2 2 2006

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Columbia, Washington, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 30, 2006
*Date*

Joy Flowers Conti
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 22, 2006
*Effective Date*

United Sates District Judge