UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
SUITE 208, PENN TRAFFIC BUILDING
319 WASHINGTON STREET
JOHNSTOWN, PA. 15901
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-533-4504

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

06-PT-334

DATE: March 7, 2006

FILED
MAR 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington, Clerk
Clerk's Office
United States District Court,
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: U.S.A. vs. LEON MASSEY

Criminal Action No. 97-12 J

Dear Ms. Mayer-Whittington:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

Indictment, Judgment, Docket Sheet, and original Transfer of Jurisdiction Form.

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
James J. Graves
Division Supervisor

Enclosures