FILED

MAR - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 06-PT-334 |
| ) | |
| v. ) | Criminal No. 97-12 J |
| ) | [21 U.S.C. §§841(a)(1), |
| LEE LEE DOVE, ) | 841(b)(1)(B)(iii), |
| LEON MASSEY and ) | 841(b)(1)(C) and 846] |
| TYRAIL MICHAELS, a/k/a "Ta Ta" ) | |

## INDICTMENT

The grand jury charges:

On or about April 18, 1997, in the Western District of Pennsylvania, and elsewhere, the defendants, LEE LEE DOVE, LEON MASSEY, and TYRAIL MICHAELS, a/k/a "Ta Ta", did knowingly, intentionally and unlawfully conspire, confederate and agree together and with one another, to distribute and possess with intent to distribute in excess of five (5) grams of a mixture and substance containing a detectable amount of cocaine base, in a form commonly known as "crack", a Schedule II narcotic drug controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

In violation of Title 21, United States Code, Section 846.

CERTIFIED FROM THE RECORD
Date MAR - 7 2006
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

## COUNT TWO

The grand jury further charges:

On or about April 14, 1997 at approximately 5:00 P.M., in the Western District of Pennsylvania, the defendant, TYRAIL MICHAELS, a/k/a "Ta Ta", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute less than 5 grams of a mixture and substance containing a detectable amount of cocaine base, in a form commonly known as "crack", a Schedule II narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

The grand jury further charges:

On or about April 14, 1997 at approximately 10:00 P.M., in the Western District of Pennsylvania, the defendant, TYRAIL MICHAELS, a/k/a "Ta Ta", did knowingly, intentionally and unlawfully possess with intent to distribute and distribute less than 5 grams of a mixture and substance containing a detectable amount of cocaine base, in a form commonly known as "crack", a Schedule II narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

The grand jury further charges:

On or about April 18, 1997, in the Western District of Pennsylvania, the defendant, LEE LEE DOVE, did knowingly, intentionally, and unlawfully possess with the intent to distribute in excess of five (5) grams of a mixture and substance containing a detectable amount of cocaine base, in a form commonly known as "crack", a Schedule II narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT FIVE

The grand jury further charges:

On or about April 18, 1997, in the Western District of Pennsylvania, the defendant, TYRAIL MICHAELS, a/k/a "Ta Ta", did knowingly, intentionally, and unlawfully possess with the intent to distribute in excess of five (5) grams of a mixture and substance containing a detectable amount of cocaine base, in a form commonly known as "crack", a Schedule II narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

A True Bill,

_____
FOREPERSON

_____
LINDA L. KELLY
United States Attorney
PA I.D. #21032