IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 97-12 J
)
LEE LEE DOVE, )
LEON MASSEY and )
TYRAIL MICHAELS, a/k/a "Ta Ta" )

06-PT-334 FILED

MAR - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS**

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within ten (10) days of arraignment unless the Court extends the time upon written application made within said ten (10) day period.

_9/29/97_
Date

_____
Counsel for Defendant,
Lee Lee Dove

_9/29/97_
Date

_____
Counsel for Defendant,
Leon Massey

_9-29-97_
Date

_____
Counsel for Defendant,
Tyrail Michaels

FILED SEP 29 P 3:47 CLERK DISTRICT COURT