IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 97-12J
)
LEE LEE DOVE, )
LEON MASSEY and )
TYRAIL MICHAELS, a/k/a "Ta Ta" )

06-PT-334

FILED
MAR - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ARRAIGNMENT PLEA

Defendant ____LEE LEE DOVE____

being arraigned, pleads _NOT GUILTY_

in open Court this _29TH_ day of

_Sept_____, 19_97_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

### ARRAIGNMENT PLEA

Defendant ____LEON MASSEY____

being arraigned, pleads _NOT GUILTY_

in open Court this _29th_ day of

_September_____, 19_97_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

### ARRAIGNMENT PLEA

Defendant ____TYRAIL MICHAELS____

being arraigned, pleads _NOT GUILTY_

in open Court this _29th_ day of

_September_____, 19_97_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

FILED
SEP 29 P 3:47
U.S. DISTRICT COURT