31    0

_TYRAIL MICHAELS_

AND NOW, the defendant in the
above entitled case hereby
withdraws his plea of not
guilty entered _Sept. 29, 19,97,_ COUNTS
and now pleads guilty in open court 1, 2, 3 and 5.
this _20th_ day of _January_ 19 9 8

_Tyrail Michaels - Tyrail Harris_
**Defendant**

CR 97-012-5

06-PT-334 (w/1)

FILED

MAR - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEE LEE DOVE

AND NOW, the defendant in the
above entitled case hereby
withdraws his plea of not
guilty entered _Sept. 29, 19,97,_ TO county
and now pleads guilty in open court 1 and 4
this _20th_ day of _January_ 19, 9 8

_Leon Harris_
**Defendant**

W. _____, atty.

_LEON MASSEY_

AND NOW, the defendant in the
above entitled case hereby
withdraws his plea of not
guilty entered _Sept. 29, 19,97,_ TO Count 1
and now pleads guilty in open court
this _20th_ day of _January_ 19 9 8

_Leon Massey_
**Defendant**

attorney

U.S. DISTRICT COURT
'98 JAN 20 P5:43
FILED