PROB 12A-DC
(Rev. 12/82)



FILED

MAR 2 8 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

U.S.A. vs. **Leon Massey**                                          Docket No.: **06-PT-334**

REQUEST FOR COURSE OF ACTION
(Alleged Violations of Supervised Release)

COMES NOW **Sondra' A. Rhodes**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Leon Massey**, who was placed on Supervised Release by the Honorable **D. Brooks Smith**, United States District Judge, for the Western District of Pennsylvania, sitting in the Court at Johnstown, Pennsylvania, on the **20th** day of **April, 1998**, who fixed the period of Supervised Release at **four** years, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. $100 special assessment.

2. The defendant shall participate in a program of testing, and if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

3. The defendant shall complete no more than 90 days in the Bureau of Prison's Sanction Center.

On April 20, 1998, Mr. Massey appeared before the Honorable D. Brooks Smith in the Western District of Pennsylvania, after pleading guilty to Conspiracy to Distribute and Possession With Intent to Distribute in Excess of Five Grams of Cocaine Base, Schedule II Narcotic Drug, in violation of 21 U.S.C. § 846. He was sentenced to 92 months imprisonment followed by four years supervised release.

Mr. Massey's supervision commenced in the District of Columbia on November 1, 2004. Transfer of jurisdiction was accepted on February 22, 2006, and his case is scheduled to expire on October 31, 2008.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Alleged Violations of Supervised Release

1. **On September 15, 2005, Mr. Massey was unsuccessfully discharged for the Efforts For Ex-Convict's Community Corrections Center (CCC). (Special Condition)**

MASSEY, Leon
Docket No.: 06-PT-334
Page 2

2. Mr. Massey tested positive for marijuana on August 18, August 25, September 1, October 20, 2005, January 20, and March 1, 2006. (General Condition #7)

3. On February 22, 2006, as a result of a CJIS printout this officer was informed that Mr. Massey was arrested in the District of Columbia, on December 21, 2005, and charged with Unlawful Distribution of a Controlled Substance (F07364-05). (General Condition #7)

4. Mr. Massey failed to notify this officer of the aforementioned new arrest. (General Condition #11)

**PRAYING THE COURT WILL ORDER** a Hearing on Violation of Supervised Release with voluntary appearance of **Leon Massey** before the Court____/Magistrate Judge __✓__ on _to be set_ at _1:30pm_ 4/13/06 _Deborah Robinson_

Respectfully submitted,

*Sondra A. Rhodes*
Sondra A. Rhodes, Senior
United States Probation Officer
Custody & Corrections Specialist
(202) 565-1349

Approved By:  *Anthony K. Hill*
Anthony K. Hill, Supervising
United States Probation Officer

MASSEY, Leon
Docket No.: 06-PT-334
Page 3

## ORDER OF COURT

Considered and ordered this 23 day of march, 2006.

_____
Thomas F. Hogan
Chief Judge
United States District Court

3/23/06
Date

**Notice of Delivery To Parties:**

| **United Stated Attorney' Office** | **Public Defender's Office** | **Probationer** |
| --- | --- | --- |
| Attn: Tasheeka Hawkins | 650 Indiana Ave. 5th Fl., NW | |
| 555 4th Street, NW | Washington, DC 2001 | |
| Washington, DC 20530 | | |