UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date:    August 21, 2006

06-PT-334 TFH

Clerk's Office, US District Court
3333 Constitution Ave., NW
Washington DC 20001

FILED

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:    USA vs. Leon D. Massey
       Our Case No. 06-360M
       Your Case Number 06-PT 334 (TFH)

Dear Clerk:

On August 21, 2006, this Court electronically entered an order transferring the above entitled case to your Court. Enclosed is a copy of the electronic docket sheet showing that electronically entered order together with instructions to retrieve the electronic file from our ECF system.

Please acknowledge receipt of the transfer by e-mail at **Linda_Krings@pawd.uscourts.gov** after completion of retrieving our Court's electronic file. Please reference our Court's case number and caption along with the case number assigned by your Court.

ROBERT V. BARTH
CLERK OF COURT

By: /s/ Linda C. Krings
Linda C. Krings, Deputy Clerk

Enclosures: 2

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

*Instructions for retrieving Western District of Pennsylvania electronic case files* :

WDPA Transferring Case Number:
Case Caption:

## CLICK ON:
**J-NET**
**External Court Sites**
**Pennsylvania Western District Court**
**Electronic Case Filing**
**CM/ECF**
**Case Management Electronic Case Filing System**

At Log In Type: usdcwdpa
Password Type: usdcwdpa

Once you are into CM/ECF, to print the docket sheet click:
    Reports
    Docket Sheet
    **Type in Case Number**
    Run Report

To print each item on the docket sheet, click on the underlined document number and print.

If the document does not have an underlined document number OR if it does not have a document number at all, then there will be nothing to print. It will just be the text entry on the docket sheet.

**Note:** Please remember to email our Court once retrieval of the case file has been accomplished indicating your court's assigned case number (see cover letter).

CLOSED

## U.S. District Court
### Western District of Pennsylvania (Pittsburgh)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-00360-RCM-ALL
### Internal Use Only

Case title: USA v. MASSEY                                   Date Filed: 08/18/2006

Assigned to: Robert C. Mitchell

**Defendant**
LEON MASSEY (1)

**Pending Counts**                                          **Disposition**
None

**Highest Offense Level (Opening)**
None

CERTIFIED FROM THE RECORD
Date 8/21/06
ROBERT V. BARTH, JR., CLERK
By LC Kinney
Deputy Clerk

**Terminated Counts**                                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                              **Disposition**
None

**Plaintiff**

USA                                    represented by    Stephen R. Kaufman
                                                         United States Attorney's Office
                                                         700 Grant Street
                                                         Suite 4000
                                                         Pittsburgh, PA 15219
                                                         (412) 644-3500
                                                         Firm: (412) 644-2645
                                                         Email: Steve.Kaufman@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2006 |   | Arrest of LEON MASSEY on 8/18/06 (lck, ) (Entered: 08/21/2006) |
| 08/18/2006 | 1 | Documents received from the USDC of District of Columbia (Docket # 06 PT 334) and Superior Court of the District of Columbia (Criminal No 2005 FEL 007364) as to LEON MASSEY (lck, ) (Entered: 08/21/2006) |
| 08/18/2006 | 2 | Minute Entry for proceedings held before Judge Robert C. Mitchell :Initial Appearance as to LEON MASSEY held on 8/18/2006 (Tape #1:07 - 1:09.) (lck, ) (Entered: 08/21/2006) |
| 08/18/2006 | 3 | WAIVER of Identity Hearing by LEON MASSEY (lck, ) (Entered: 08/21/2006) |

| 08/18/2006 | 4 | COMMITMENT TO ANOTHER DISTRICT as to LEON MASSEY. Defendant committed to District of United States District Court for the District of Columbia. . Signed by Judge Robert C. Mitchell on 8/18/06. (lck, ) (Entered: 08/21/2006) |
|---|---|---|
| 08/21/2006 |  | Certified copy of the docket sheet along with instructions to revtrieve the file electronically mailed to USDC for the District of Columbia on 8/21/06. (lck, ) (Entered: 08/21/2006) |
| 08/21/2006 |  | ***Terminated Case (lck, ) (Entered: 08/21/2006) |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylavnia__

| UNITED STATES OF AMERICA<br>V.<br>Leon D. Massey | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 06 PT 334 | 06-360M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of __21__ U.S.C. § 846

**DISTRICT OF OFFENSE**

United States District Court for the District of Columbia

**DESCRIPTION OF CHARGES:**

21:846

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?   ☐ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/18/06
Date                                    United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |