# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>LEON MASSEY | DOCKET NO: 06 PT 334 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |

FILED
SEP 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
|---|---|---|
| ☒ Order of Court  ☐ Information<br>☐ Indictment  ☐ Complaint | | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy to Distribute and Possession With Intent to Distribute in Excess of Five Grams of Cocaine Base. (Defendant failed to appear for Hearing on Violation of Supervised Release.

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21 USC 846 |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>Magistrate Judge Deborah A. Robinson | JUDGE/MAGISTRATE JUDGE<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>4/13/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>4-13-06 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephenie Owens<br>U.S. Deputy Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>9-6-06 | | |

1155057