A 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

UNITED STATES DISTRICT COURT
for the District of Columbia

FILED
NOV 20 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case Number   PT 06-334

LEON MASSEY

JUDGMENT IN A CRIMINAL CASE
For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, LEON MASSEY, was represented by TONY AXAM-FPD

It appearing that the defendant, who was sentenced on April 20, 1998 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 17th day of NOVEMBER 2006 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

THIRTY (36) MONTHS TO RUN CONSECUTIVE TO ANY OTHER SENTENCE SERVING.
NO FURTHER TERM OF SUPERVISED RELEASE IS IMPOSED.

THE COURT RECOMMENDS:
1. PLACEMENT IN THE 500 HOUR DRUG TREATMENT PROGRAM.
2. MENTAL HEALTH EVALUATION.
3. EDUCATIONAL AND VOCATIONAL TRAINING.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 20th day of November, 2006

_____
CHIEF JUDGE THOMAS F. HOGAN, U.S. DISTRICT COURT